IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | |
| Plaintiff, | No. C 10-01801 WHA |
| v. | |
| ZENAIDA BAUTISTA JUANILLO, individually and d/b/a ZENS, | **JUDGMENT** |
| Defendant. | |

For the reasons stated in the accompanying order granting default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendant in the amount of $2,500. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: December 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE